# (omitted)
SEYFARTH SHAW LLP
Jamie Pollaci (SBN 244659)
jpollaci@seyfarth.com
Richard Chen (SBN 225392)
rchen@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, CA 90067-3021
Telephone:   310-277-7200
Facsimile:    310-201-5219
Kiran S. Lopez (SBN 252467)
klopez@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, CA  94105
Telephone:   415-397-2823
Facsimile:    415-397-8549

Attorneys for Defendant KELLY SERVICES, INC.

SAMUEL AND SAMUEL
Peter F. Samuel (SBN 072503)
pfsamuel@samuellaw.com
5050 Sunrise Blvd., Suite C-1
Fair Oaks, CA 95628
Telephone:   916-966-4722
Facsimile:    916-962-2219

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARI ANN FRENCH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KELLY SERVICES, INC.; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:19-CV-01134-JAM-EFB<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>*Complaint Filed: May 3, 2019*<br>*Trial Date: None.* |

# ORDER

Having reviewed the Joint Stipulation and Request for Dismissal with Prejudice ("Stipulation") submitted by Plaintiff Cari Ann French and Defendant Kelly Services, Inc., by and through their counsel of record, and good cause appearing, the Stipulation is approved. The entire action, including all claims stated therein against all parties, is hereby dismissed with prejudice. Each party is to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: 2/25/2020 /s/ John A. Mendez
John A. Mendez
U.S. District Court Judge